**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                                  Chapter 11

OLGA'S KITCHEN, INC.,                                    Case No. 15-49008

        Debtor.
_____/

## NOTICE OF SUCCESSFUL BIDDER AT AUCTION

1. On October 16, 2015, the Debtor filed its Motion for Entry of (I) an Order (the "Sale Procedures Order") (A) Approving Bidding Procedures for the Sale of Assets (the "Bidding Procedures"), (B) Approving Certain Bidder Protections (the "Bidder Protections"), and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) an Order (the "Sale Approval Order") (A) Authorizing the Sale of Substantially All Debtor's Assets Free and Clear of All Claims, Liens, and Encumbrances (the "Sale"), (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases In Connection Therewith, and (C) Granting Related Relief (the "Sale Motion").

2. On November 12, 2015, the Court entered its Amended Order (A) Approving Bidding Procedures For The Sale of Assets and The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (B) Approving Certain Bidder Protections, and (c) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Therefore (the "Amended Sale Procedures Order").

3. On November 20, 2015, the Debtor conducted an auction pursuant to the terms of the Amended Sale Procedures Order (the "Auction") and selected SOK Venture, LLC ("SOK") as the "Successful Bidder," as that term is used in the Amended Sale Procedures Order.

4. The Sale Approval Hearing to approve the Sale to SOK as the Successful Bidder will occur on November 23, 2015 at 3:30 p.m. at Courtroom 1042, U.S. Courthouse, 231 W. Lafayette, Detroit, MI.

November 22, 2015                          Respectfully submitted,

        /s/ Robert Bassel
ROBERT N. BASSEL (P48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
 (248) 677-1234
bbassel@gmail.com

# PROOF OF SERVICE

On 11.22.2015, I served a copy of the above document upon counsel of record.

                        Respectfully submitted,

                        /s/ Robert Bassel
ROBERT N. BASSEL (P48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
 (248) 677-1234
bbassel@gmail.com