UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OFMICHIGAN
SOUTHERN DIVISION

In Re: OLGA'S KITCHEN, INC.,　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 15-49008

　　　　Debtor.　　　　　　　　　　　　　　　　　Hon.
_____/

**EX PARTE MOTION FOR EXPEDITED HEARING ON
MOTION OF COSMO HOSPITALITY LLC FOR ENTRY OF AN ORDER
ALLOWING ADMINISTRATIVE EXPENSE PRIORITY CLAIM FOR
SUBSTANTIAL CONTRIBUTION MADE BY CREDITOR
COSMO HOSPITALITY, LLC PURSUANT TO 11 U.S.C. §503(b)(3)(D) and (b)(4)**

Cosmo Hospitality LLC, an unsecured creditor and party-in-interest in this case ("Cosmo") hereby moves the court to conduct an expedited hearing on its Motion For Entry Of An Order Allowing Administrative Expense Priority Claim For Substantial Contribution Made By Creditor Cosmo Hospitality, LLC pursuant to 11 U.S.C. §503(b)(3)(D) and (b)(4), ("Motion") and in support thereof states as follows.

　　　　1.　　　Cosmo has filed the foregoing Motion, seeking entry of an order authorizing payment of an administrative expense priority claim for the expenses Cosmo incurred in connection with making a substantial contribution to the estate, pursuant to 11 U.S.C. §503(b)(3)(D) and (b)(4).

　　　　2.　　　Cosmo requests that the court enter the proposed Order attached as Exhibit 1 setting an expedited hearing on the Motion.

　　　　3.　　　Under the terms of paragraph 19 of the Sale Approval Order (Docket #402) administrative expenses are paid ahead of all creditors, including secured creditors. The closing of the sale of the Debtor's assets is rapidly approaching, and the Debtor's representatives will

need to know the balance of all administrative claims to properly determine the amount that may be disbursed to creditors and other claimants.

4. Moreover, Cosmo is reasonably concerned that delay in the hearing of the Motion may allow the closing of the sale of the Debtor's assets to take place, and disbursements to be made without Cosmo having received consideration of the Motion.

5. The court has the power under Fed.R.Bankr.P. 9006 and 11 USC §105 to schedule a hearing on whether Cosmo's Motion may be heard on an expedited basis.

WHEREFORE, Cosmo Hospitality, LLC respectfully requests the entry of an order setting an expedited hearing on its Motion For Entry Of An Order Allowing Administrative Expense Priority Claim For Substantial Contribution Made By Creditor Cosmo Hospitality, LLC pursuant to 11 U.S.C. §503(b)(3)(D) and (b)(4), and award such other and further relief as this court deems proper.

Respectfully submitted,

BUTZEL LONG, a professional corporation

/s/ Frederick A. Berg
By: Frederick A. Berg (P38002)
Attorneys for Cosmo Hospitality, LLC
Assignee of Delau Fire and Safety
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000

Dated: November 30, 2015

Exhibit 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: OLGA'S KITCHEN, INC.,   Chapter 11
                               Case No. 15-49008

Debtor.                        Hon.
_____/

### ORDER GRANTING EX PARTE MOTION FOR EXPEDITED HEARING ON MOTION OF COSMO HOSPITALITY LLC FOR ENTRY OF AN ORDER ALLOWING ADMINISTRATIVE EXPENSE PRIORITY CLAIM FOR SUBSTANTIAL CONTRIBUTION MADE BY CREDITOR COSMO HOSPITALITY, LLC PURSUANT TO 11 U.S.C. §503(b)(3)(D) and (b)(4)

Upon the motion for an expedited hearing on the Ex Parte Motion For Expedited Hearing On Motion Of Cosmo Hospitality LLC For Entry Of An Order Allowing Administrative Expense Priority Claim For Substantial Contribution Made By Creditor Cosmo Hospitality, LLC Pursuant to 11 U.S.C. §503(b)(3)(D) and (b)(4) ("Motion"), it appearing that sufficient cause exists for the relief requested,

IT IS HEREBY ORDERED THAT an expedited hearing on the whether to grant the Motion, shall be heard on_____ at ___.m. Objections to granting the Motion may be submitted no later than 5 p.m. on the day preceding the expedited hearing.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OFMICHIGAN
SOUTHERN DIVISION

In Re: OLGA'S KITCHEN, INC.,     Chapter 11
                                            Case No. 15-49008

       Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2015, a copy of EX PARTE MOTION FOR EXPEDITED HEARING ON MOTION OF COSMO HOSPITALITY, LLC FOR ENTRY OF AN ORDER ALLOWING ADMINISTRATIVE EXPENSE PRIORITY CLAIM FOR SUBSTANTIAL CONTRIBUTION MADE BY CREDITOR COSMO HOSPITALITY, LLC PURSUANT TO 11 U.S.C. §503(b)(3)(D) and (b)(4) was served by electronic filing via the ECF system, upon those parties registered to receive notice in this matter.

BUTZEL LONG, a professional corporation

/s/ Frederick A. Berg
By:    Frederick A. Berg (P38002)
        Max Newman (51483)
Attorneys for Cosmo Hospitality, LLC
Assignee of Delau Fire and Safety
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000